**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 472 EAL 2021

          Respondent                   :

                                       :   Petition for Allowance of Appeal

                                       :   from the Order of the Superior Court

          v.                          :

                                       :

WILBERT YOUNG,                    :

                                       :

            Petitioner                   :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 22nd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.